1 SEYFARTH SHAW LLP
Aryeh Hersher (SBN 260321)
2 ahersher@seyfarth.com
Robin E. Devaux (SBN 233444)
3 rdevaux@seyfarth.com
560 Mission Street, 31st Floor
4 San Francisco, California 94105
Telephone:  (415) 397-2823
5 Facsimile:  (415) 397-8549

6 Attorneys for Defendant
BLUE AND GOLD FLEET

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANN PRICE,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE AND GOLD FLEET,<br><br>    Defendant. | Case No. 18-cv-02793-HSG<br><br>**STIPULATION AND ORDER SELECTING AN ADR PROCESS**<br><br>Courtroom:  2<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Trial Date:  Not yet set<br>Action Filed: May 11, 2018 |

## **STIPULATION**

This Stipulation is made by and between Plaintiff Barbara Ann Price ("Plaintiff") and Defendant Blue and Gold Fleet ( "Defendant"), by and through its counsel of record, with reference to the following facts:

WHEREAS, a Case Management Conference was held in this action on November 6, 2018, the Honorable Haywood S. Gilliam, Jr., presiding;

WHEREAS, the Court directed the Parties to meet and confer immediately following the Case Management Conference, and to e-file a stipulation and proposed order selecting an ADR process by November 13, 2018;

WHEREAS, the Parties met and conferred in person on November 6, 2018 and again by telephone on November 9, 2018 regarding the selection of an ADR process;

**IT IS HEREBY STIPULATED** by and between the Parties, and subject to the approval of the Court, as follows:

1. The Parties have agreed to the Northern District of California's mediation option (N.D. Cal. ADR L.R. 3-4(a)(2); 6). Plaintiff would prefer a non-attorney mediator, while Defendant would prefer a mediator who is an attorney experienced in employment law or a former judge.

2. The Parties agree to hold the ADR session by the presumptive deadline (90 days from the date of the order referring the case to ADR, unless otherwise ordered).

**IT IS SO STIPULATED**.

DATED: November 13, 2018

By: */s/ Barbara Ann Price*
Barbara Ann Price
Plaintiff *Pro Se*

DATED: November 13, 2018     SEYFARTH SHAW LLP

By: */s/ Robin E. Devaux*
Aryeh Hersher
Robin E. Devaux
Attorneys for Defendant
BLUE AND GOLD FLEET

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Robin E. Devaux, attest that concurrence in the filing of this document has been obtained from the signatory Barbara Price, Plaintiff.

Executed this 13th day of November, 2018, in San Francisco, California.

By: _/s/ Robin E. Devaux_
      Robin E. Devaux

## **ORDER**

**IT IS SO ORDERED.**

Dated: November 14, 2018

_____
The Honorable Haywood S. Gilliam, Jr.