UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BARBARA ANN PRICE,<br><br>    Plaintiff,<br><br>  v.<br><br>BLUE AND GOLD FLEET,<br><br>    Defendant. | Case No. 4:18-cv-02793-HSG (KAW)<br><br>**ORDER TERMINATING MOTION TO COMPEL**<br><br>Re: Dkt. No. 49 |

On April 12, 2019, the district court referred the pending motion to compel Plaintiff's deposition to the undersigned. The undersigned does not, however, entertain motions to compel, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 12-13, *http://cand.uscourts.gov/kaworders*.) Thus, the motion to compel is TERMINATED.

Notwithstanding, Plaintiff is advised that she is required to undergo deposition in her own lawsuit, and that her refusal to appear may be grounds for terminating sanctions. This means that, should she continue to refuse to sit for deposition, her case could be terminated, and judgment entered against her.

Accordingly, the parties are ordered to meet and confer regarding scheduling Plaintiff's deposition, which the Court will allow to go forward despite the close of fact discovery. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order. If Plaintiff refuses to participate in the drafting of the joint letter, the Court may grant any relief sought by Defendant.

IT IS SO ORDERED.

Dated: April 12, 2019

_Kandis Westmore_
_____
KANDIS A. WESTMORE
United States Magistrate Judge