United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANN PRICE,<br>　　　Plaintiff,<br>　v.<br>BLUE AND GOLD FLEET,<br>　　　Defendant. | Case No. 4:18-cv-02793-HSG (KAW)<br><br>**ORDER TERMINATING PLAINTIFF'S MOTION TO COMPEL**<br><br>Re: Dkt. No. 52 |

On April 12, 2019, the district court referred the pending motion to compel to the undersigned. The undersigned does not, however, entertain motions to compel, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 12-13, *http://cand.uscourts.gov/kaworders*.) Accordingly, the motion to compel filed by Plaintiff on April 15, 2019 is TERMINATED, and the parties are ordered to meet and confer in an attempt to resolve the pending dispute without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

IT IS SO ORDERED.

Dated: April 29, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge